

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| THOMAS LEONARD, | § | No. 08-14-00139-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS. | § | of El Paso County, Texas |
| State. | § | (TC# 20110D02415) |
| | § | |

**O R D E R**

Pending before the Court is Appellant's motion to be provided an electronic copy of the clerk's record and reporter's record in the above-styled and numbered appeal. The motion is GRANTED. The Clerk of the Court is directed to provide Appellant with an electronic copy of the clerk's record and reporter's record, including any supplemental records, filed in this appeal.

IT IS SO ORDERD This 2nd day of September, 2015

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.